No. 17-6032

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

BENNY LEE HODGE,

    Petitioner-Appellant,

v.

RANDY L. WHITE, WARDEN,

    Respondent-Appellee.

<u>FILED</u>
Feb 22, 2019
DEBORAH S. HUNT, Clerk

O R D E R

Before: SILER, COOK, and WHITE, Circuit Judges.

Benny Lee Hodge, a Kentucky death row prisoner, petitions the court to rehear en banc its order denying him a certificate of appealability. The petition has been referred to the original panel for an initial determination on the merits of the petition for rehearing. Upon careful consideration, we conclude that we did not misapprehend or overlook any point of law or fact in issuing the order and, accordingly, decline to rehear the matter. Fed. R. App. P. 40(a).

The Clerk shall now refer the matter to all of the active members of the court for further proceedings on the suggestion for en banc rehearing.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk